UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                          :            19 Cr. 809 (WHP)

STEPHEN ODIBOH,                                    :            <u>ORDER</u>
                           Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      This Court will hold a change of plea conference on Thursday, February 4, 2021 at 9:00 a.m. The public access dial-in number is 855-268-7844, passcode 67812309 and PIN 9921299.

Dated: New York, New York
          February 1, 2021

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.