UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                            19 Cr. 809-02 (LGS)
          -against-

                                              ORDER
    STEPHEN ODIBOH,
                          Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing currently scheduled for November 15, 2021, at 11:00 a.m., is adjourned to **November 15, 2021, at 4:30 p.m.**

Dated: November 10, 2021
       New York, New York

                                             LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE